FILED
NOV 1 2 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | 4:26-CR-00544 HEA/SPM |
| HOMERO GANDARA RIVERA, | ) | |
| Defendant. | ) | |

# INDICTMENT

## COUNT I

The Grand Jury charges that:

On or about November 9, 2026, within the Eastern District of Missouri and elsewhere, the defendant herein,

**HOMERO GANDARA RIVERA,**

did knowingly and intentionally possess, with intent to distribute, 5 kilograms or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

**A TRUE BILL.**

________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

________________________
JEFFREY D. PAUCK #66136MO
Assistant United States Attorney